AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT

for the

Northern District of California

FILED

2010 NOV 30 P 2: 10

RICHARD W. WIEKING
CLERK. U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | Case No. 3-10-71011 EMC |
| | ) | |
| Samuel Phineas Upham | ) | Charging District: Southern District of New York |
| *Defendant* | ) | Charging District's Case No. 10 CRIM 1028 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | United States District Court U.S. Courthouse 500 Pearl St. New York, NY | Courtroom No.: Duty Magistrate Judge |
| --- | --- | --- |
| | | Date and Time: No later than 12/7/10 |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 11/30/10

*Judge's signature*

Edward M. Chen

*Printed name and title*